# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEVEN D. LOVE, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. CIV-19-290-RAW-SPS |
| | ) |
| COMMISSIONER OF | ) |
| SOCIAL SECURITY ADMINISTRATION, | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

On March 20, 2020, Magistrate Judge Shreder entered a minute order [Docket No. 9], recommending that this case be dismissed for failure to prosecute. No objection has been filed. The recommendation is adopted.

It is the order of the court that this action is hereby dismissed without prejudice.

**ORDERED THIS 26th DAY OF MAY, 2020.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma